Hon. Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF KARL ALBERT ERNEST PFEFFER | NO. MJ21-262<br><br>ORDER |

The Court having received the Complaint filed on May 5, 2021, by Karyn S. Johnson, Assistant United States Attorney for the Western District of Washington pursuant to the request of the Government of Poland, for the extradition of Karl Albert Ernest Pfeffer, and an affidavit executed by Karl Albert Ernest Pfeffer and witnessed by his attorney;

And, further, the Court having been advised in open session that Karl Albert Ernest Pfeffer is a fugitive sought by the Government of Poland; that he is aware that the Government of Poland has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Poland and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Karl Albert Ernest Pfeffer be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Poland, at which time the United States Marshal shall deliver him together with

ORDER - 1
USAO# 2021V00410

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

any evidence seized incidental to his arrest and sought by the Government of Poland to the custody of such authorized representatives to be transported to Poland to be held for trial; and

IT IS FURTHER ORDERED that the transfer of physical custody of Karl Albert Ernest Pfeffer together with any evidence seized shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Poland.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED this 13th day of May, 2021

HON. PAULA L. MCCANDLIS
United States Magistrate Judge

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

ORDER - 2
USAO# 2021V00410

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970